# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| JOSEPH RITTER AND ANGELA RITTER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:24-cv-1187-JEH-RLH |
| v. | ) ) | |
| SECURA INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

## ORDER

Upon request of the parties, and the Court being otherwise sufficiently advised,

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. This matter is scheduled for a settlement conference <u>by video conference</u> before the undersigned on **October 16, 2025, at 10:00 a.m.** Zoom instructions are attached to this Order. Prior to the settlement conference, a pre-settlement conference will be held on **October 6, 2025, at 10:00 a.m**. The call-in number is 551-285-1373, then enter meeting ID 16095893703#.

2. The settlement conference shall be attended by Plaintiff, Defendant, and the parties' lead trial counsel, all by video.

3. By no later than the close of business on **September 29, 2025**, each party herein shall advise the undersigned, by separate confidential letter, of the following information:

(a) a brief analysis of key issues involved in the litigation;

(b) a description of the strongest and weakest legal and factual points in counsel's client's case;

(c) a description of the strongest and weakest legal and factual points in the opponent's case, not otherwise addressed in paragraph (b);

(d) the specifics of any and all settlement demands and/or offers made to date, including any made prior to the commencement of this action, along with a copy of the written demand or offer submitted to opposing counsel as required in paragraph 5 below;

    (e)    the particular action, if any, which counsel would suggest that the undersigned take at said settlement conference to facilitate the settlement of this action;

    (f)    Plaintiff shall also itemize all damages claimed and the prospect for recovery as to each item of damages claimed;

    (g)    preference, if any, for evaluative or facilitative approach to mediation.

4. These separate confidential letters to the undersigned shall be emailed to hanna@ilcd.uscourts.gov. To facilitate candor, and to protect counsels' work product immunity, the letter shall <u>not</u> be served upon opposing counsel and shall <u>not</u> be filed. The undersigned will maintain the confidentiality of all such correspondence and the information contained therein.

5. <u>At least fourteen (14) days prior to the conference</u>, the parties shall engage in meaningful settlement discussions which, at a minimum, shall include a reasonable demand by the Plaintiff and a reasonable offer by the Defendant. Failure to make such a demand/offer will result in cancellation of the conference by the Court. During or prior to these discussions, Plaintiff shall provide counsel for Defendant with a written breakdown of any demand for money damages. Likewise, counsel for Defendant shall provide Plaintiff with a written offer and brief statement of reasons for the offer. The parties are encouraged to make a concerted effort to settle the case on their own prior to the formal settlement conference.

ENTERED this 11th day of August, 2025.

                                                      s/ Ronald L. Hanna
                                                    U.S. MAGISTRATE JUDGE



# ZOOM CONNECTION INFORMATION FOR

# SETTLEMENT CONFERENCE

## PEORIA

**Judge Hanna**

**Participants can log into the video hearing using the Zoom application or go to https://zoom.com/join and enter the Meeting ID and Pass**code.

Mediation Video:
Meeting ID:  160 958 93703

Audio Only:
Phone: 551-285-1373, then enter Meeting ID: 160 958 93703 #