# THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

JOSEPH RITTER and ANGELA RITTER

Plaintiffs,

v.

SECURA SUPREME INSURANCE COMPANY,

Defendant.

Case No. 1:24-cv-01187-JEH

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiffs, Joseph Ritter and Angela Ritter, ("Plaintiff") have filed a Motion to Dismiss with Prejudice, and have requested that the Court dismiss all of Plaintiff's claims against Defendant with prejudice.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendants are hereby DISMISSED with prejudice.

IT IS SO ORDERED this  2nd  day of  February , 2026.

    s/ Jonathan E. Hawley

HON. JONATHAN E. HAWLEY
UNITED STATES DISTRICT JUDGE